UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
ALLEN BERNEL,                                            :
                                                                       :   21-CV-5106 (KMK)(JCM)
                            Plaintiff,           :
                                                                       :   **ORDER AUTHORIZING THE**
           - against -                           :   **DEPOSITION OF**
                                                                       :   <u>**INCARCERATED PLAINTIFF**</u>
YELENA KORABOVA, Facility Health Service :
Director, NURSE (John Doe), NURSE 2           :
KATHLEEN BUTTLES, Nurse Practitioner       :
IFEOMA AWAK, DIANNE HINTON, Facility      :
Nurse Administrator 1, DSA KORN and WILLIAM :
F. KEYSER, Superintendent,                              :
                                                                       :
                         Defendants.       :
---------------------------------------------------------------- X

**IT IS HEREBY ORDERED**, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), that an Assistant Attorney General may take the deposition of inmate Plaintiff Allen Bernel, DIN # 15-A-4117, before a notary public or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at a Correctional Facility maintained by the New York State Department of Corrections and Community Supervision, or virtually via a remote deposition at the same, upon notice to Plaintiff and the Superintendent of the Correctional Facility.

Dated:  White Plains, New York
          June 1, 2022

                                          SO ORDERED.

                                          JUDITH C. McCARTHY
                                          United States Magistrate Judge