

**MEMO ENDORSED**

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8561

October 6, 2022

By ECF
Hon. Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

        Re:    Bernel v. Korabkova
                 Index No. 21 CV 5106 (KMK)

Dear Judge Karas:

    I write respectfully on behalf of the Defendants to request that the status conference scheduled for next Wednesday, October 12, 2022, at 12:00 pm, be adjourned until a date following the Court issuing a decision on Defendants' anticipated motion for summary judgment. By Order, dated October 3, 2022 (ECF No. 44), the Court set a briefing schedule for defendants' motion for summary judgment with the motion to be fully briefed by January 15, 2023.

    Plaintiff's consent to this request has not been sought because of the difficulty in prompt communication with *pro se* incarcerated parties and I wanted to make this request prior to the October 12, 2022 conference date.

Granted.

So Ordered.

*[signature]*
10/6/22

Respectfully submitted,

/s/ Neil Shevlin
Neil Shevlin
Assistant Attorney General
Neil.Shevlin@ag.ny.gov

cc: Allen Bernel (by first class mail)
    *Pro se* Plaintiff