**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ALLEN BERNEL,

                Plaintiff,              21 **CIVIL** 5106 (KMK)

      -v-                            **JUDGMENT**

YELENA KOROBKOVA, et al.,
                    Defendants.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated September 19, 2023, For the foregoing reasons,

Defendants' Motion is granted. Judgment is entered for the Defendants. Accordingly, the case is

closed.

**Dated:**  New York, New York

      September 20, 2023

                                    **RUBY J. KRAJICK**
                                    **Clerk of Court**

      **BY:**
                                 _____
                                    **Deputy Clerk**